# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 18-2664 JH | UNITED STATES vs. TAPIA |
|---|---|

**Before The Honorable Kirtan Khalsa , United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | May 23, 2019 | Time In and Out: | 9:58 am -10:32 am |
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Lucian Tapia | Defendant's Counsel: | Martin Lopez, III |
| AUSA: | Kimberly Brawley | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn     ☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of:   **Indictment**
☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to:  **Indictment**     Counts 1,18,24   & Information
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☒ Defendant to Remain in Custody
☐ Present conditions of release continued     ☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered     ☐ Expedited (Type III)

Other Matters: